# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

|  |  |
|---|---|
| STRATEGIC ASSET GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> OLGA SHABANETS, <br><br> Defendant. | Case No.: SACV 18-01384-CJC(JDEx) <br><br> JUDGMENT |

Plaintiff Strategic Asset Group, LLC, a Florida limited liability company, brought this action against Defendant Olga Shabanets, an individual. On July 22, 2019, the Court granted Plaintiff's motion to confirm the arbitral award in favor of Plaintiff and against Defendant in Case No. 01-19-0000-0328 before the American Arbitration Association.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff is awarded a money judgment against Defendant in the sum of $128,771.82. Post-judgment interest shall accrue at a rate pursuant to 28 U.S.C. § 1961.

DATED: July 9, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE